# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHAD NEITZEL,**

    **Plaintiff,**

**vs.**                                           **Case No.: 2:17-cv-548**
                                               **JUDGE GEORGE C. SMITH**
                                               **Magistrate Judge Jolson**

**GARY MOHR,** *et al.***,**

    **Defendants.**

## ORDER

On November 6, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed pursuant to Rule 4(m) for failure to timely effect service of process. (*See Report and Recommendation*, Doc. 6). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby **DISMISSED**.

The Clerk shall remove Document 6 from the Court's pending motions list and terminated this case.

    **IT IS SO ORDERED**.

                                                                   */s/ George C. Smith*_____
                                                                   **GEORGE C. SMITH, JUDGE**
                                                                    **UNITED STATES DISTRICT COURT**